# PLAINTIFF'S EXHIBIT A

Lands' End Website
Screenshot of the Lands' End Webpage
Featuring the Necktie

---

*In the Case of*

**Elaine Oxina, Individually and On Behalf of All Others Similarly Situated,**

**v.**

**Lands' End, Inc.**

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CALIFORNIA 92626**
**TEL. (800) 400-6808**



# PLAINTIFF'S EXHIBIT B

## Photograph of the Necktie
## Showing the Necktie's Tag

---

*In the Case of*

**Elaine Oxina, Individually and On Behalf of All Others Similarly Situated,**

***v.***

**Lands' End, Inc.**

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CALIFORNIA 92626**
**TEL. (800) 400-6808**

