**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Elaine Oxina

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE OXINA; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>LANDS' END, INC.,<br><br>Defendant. | **Case No.:** 3:14-cv-02577-MMA-NLS<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE**: March 21, 2016<br>**TIME**: 2:30 p.m.<br>**CRTRM**: 3A<br>**JUDGE**: Hon. Michael M. Anello |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 21, 2016, at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 3A of the United States District Courthouse, 333 West Broadway, Suite 1310, San Diego, California 92101, before the Honorable Michael M. Anello, Plaintiff ELAINE OXINA

("Plaintiff"), on behalf of herself and all others similarly situated, will and hereby does move the Court for an Order: (1) Granting Preliminary approval of Class Action Settlement, (2) Scheduling a Final Approval Hearing, and (3) Directing that Notice be sent to Class Members.

This motion is brought pursuant to Fed. R. Civ. P. 23(e) and is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declaration of Abbas Kazerounian, the Declaration of Joshua B. Swigart, the complete file and record in this action, and any such other evidence and argument the Court may choose to entertain.

Dated: February 12, 2016                    Respectfully submitted,

                                                        **KAZEROUNI LAW GROUP, APC**

                                                        By: __/s/ ABBAS KAZEROUNIAN_____
                                                              ABBAS KAZEROUNIAN, ESQ.
                                                              MONA AMINI, ESQ.
                                                              ATTORNEYS FOR PLAINTIFF